AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| United States of America | ) |
| --- | --- |
| v. | ) |
| Edward Matthew Gaither | ) Case No. 3:24-cr-00239 |
| ▓▓▓▓▓▓▓▓▓▓ | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☒ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of Court

| Place: | U.S. Marshal Service, Fred D. Thompson U.S. Courthouse 719 Church Street, Suite 2500, Nashville, TN 37203 (615) 736-5417 (Appearance at USMS required on or before date and time.) | Courtroom No.: Suite 2500 |
| --- | --- | --- |
| | | Date and Time: 01/13/2025 10:00 am |

This offense is briefly described as follows:
26:7202 Failure to pay over tax

Date: 12/30/2024

*signature* / Issuing officer's signature

Kelly Parise, Case Administrator
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 12-30-2024

*signature* / Server's signature

Lauren Medican, Special Agent
*Printed name and title*

Case No. 3:24-cr-00239

This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: Edward Matthew Gaither

Last known residence: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Usual place of abode *(if different from residence address):* N/A

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 12-30-2024.

☐ I personally served the summons on this defendant _____ at *(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* Tony Swafford & Sandy Mattice, who is authorized to receive service of process on behalf of *(name of organization)* Edward Matthew Gaither on *(date)* 12-30-2024 and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 12-30-2024

Server's signature

Lauren Medican, Special Agent
*Printed name and title*

Remarks: