# MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. **Edward Gaither**, No. **3:24-cr-239**

**ATTORNEY FOR GOVERNMENT:** Taylor Phillips

**ATTORNEY FOR DEFENDANT:** Thomas Swafford and Harry Mattice  ☐ AFPD ☐ Panel ■ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Johnny Franklin

**INTERPRETER NEEDED?** ☐ YES ■ NO  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

■ **INITIAL APPEARANCE**   ■ **ON A SUMMONS**   ☐ **ARRESTED ON:** _____
  DEFENDANT HAS A COPY OF:
  ☐ Complaint  ☐ Indictment  ■ Information  ☐ Supervised Release Pet.  ☐ Other: _____
  ■ Defendant advised of the charges & maximum penalties     ■ Defendant advised of right to counsel
  ☐ Defendant provided the financial affidavit     ■ Counsel retained     ☐ FPD Appointed
  ■ Defendant advised of right to silence     ☐ Defendant advised of right to Consular Notification
  ■ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
  ☐ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
  ☐ Government filed motion for detention  ☐ Defendant Waived detention hearing
  ☐ Defendant temporarily detained  ☐ Defendant reserved right to hearing in future
  ☐ Defendant to remain in Federal custody  ☐ Defendant to be returned to state custody
  ☐ Defendant to remain on current conditions of supervised release
  ■ Defendant released on:
      ■ Standard  ☐ Special  ☐ Appearance Bond: _____  ☐ Property Bond
  ☐ RULE 5- Defendant advised of right to identity hearing     ☐ Defendant waived identity hearing
  ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
  ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____
  ☐ Good cause shown to exceed 5 business days

■ **GRAND JURY WAIVED IN OPEN COURT**     (Waiver of Indictment executed)
■ **ARRAIGNMENT**
  ■ Defendant acknowledges receipt of Indictment/Information  ☐ Indictment/Information read to Defendant
  ■ Defendant waived reading thereof      ☐ Court advised maximum penalties
  **PLEA:** ☐ GUILTY   ■ NOT GUILTY
  ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

**DATE:** January 9, 2025   **TOTAL TIME:** 17 minutes   2 minutes AR
**BEGIN TIME:** 1:29 p.m.   **END TIME:** 1:46 p.m.   15 minutes IA
■ Digitally Recorded  ☐ Court Reporter: _____

Revised on 1/25/24     Page 1 of 1